B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Richard J. Hindin**, Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Split Timber Holdings, LP**<br>c/o James R. Schroll, Esq.<br>Bean, Kinney & Korman, PC<br>2300 Wilson Blvd., 7th Floor<br>Arlington, VA  22201 | | | **DISPUTED** | **$4,921,469.40**<br><br>**SECURED VALUE:**<br>**$1,750,000.00** |
| **Sysco Foods**<br>8000 Dorsey Run Road<br>Jessup, MD  20794 | | | | **$500,000.00** |
| **Sam LeBauer**<br>c/o Jeffrey M. Davis, Esq.<br>Higgins Benjamin et al.<br>101 W. Friendly Ave., Suite 500<br>Greensboro, NC  27401 | | | **DISPUTED** | **$400,000.00** |
| **Eagle Bank**<br>7815 Woodmont Avenue<br>Bethesdas, MD  20814 | | | | **$496,220.54** |
| **Wachovia Bank**<br>PO Box 96074<br>Charlotte, NC  28296-0074 | | | | **$250,501.44** |
| **Silver, Freedman & Taff, LLP**<br>Attn:  Sidney J. Silver, Esq.<br>3299 K Street, NW<br>Suite 100<br>Washington, DC  20007 | | | | **$373,000.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Richard J. Hindin**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Chase Visa**<br>**Card Member Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886** | | | | $5,022.60 |
| **Neiman Marcus**<br>**PO Box 5235**<br>**Carol Stream, IL  60197** | | | | $110.24 |
| **John D. Clayborne, INc.**<br>**100 West Jefferson Street**<br>**Falls Church, VA  22046** | | | | $30,000.00 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.