B6A (Official Form 6A) (12/07)

In re:   **Richard J. Hindin**                                            Case No.  **09-19741**
_____                                _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **15 Heather Lane, Bethany Beach, DE, 19930** | **Fee Owner** | | **$4,000,000.00** | **$3,425,831.81** |
| **405 Chain Bridge Road, McLean, VA, 22010** | **Fee Owner** | | **$1,200,000.00** | **$ 350,000.00** |
| **407 Chain Bridge Road, McLean, VA, 22010** | **Fee Owner** | | **$8,000,000.00** | **$8,900,000.00** |
| **Promenade Condo, Unit 1227 S, Bethesda, MD  20814 (Debtor owns 1/2 as tenants in common with his sister).** | **Co-Owner** | **J** | **$ 250,000.00** | **$ 125,000.00** |
| **Promenade Condo, Unit 923 N, Bethesda, MD** | **Fee Owner** | | **$ 250,000.00** | **$      0.00** |

                                                    **Total** ➢ | **$13,700,000.00** |

                                                    (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    **Richard J. Hindin** ,                                   Case No.  **09-19741**
                    Debtor                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Georgetown Checking Acct. No. xxxxxxx075** | **H** | **47,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Bank Checking Acct. No. xxxxxxxxx 1635** | **H** | **800.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Money Market Account No. xxxxxxxxsxx5330** | **H** | **500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See attached list (Debtor owns 1/2 interest)** | **J** | **36,215.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See attached list (Debtor owns 1/2 interest)** | **J** | **21,900.00** |
| 6. Wearing apparel. | | **Misc. men's wearing apparel** | **H** | **300.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms** | **H** | **1,000.00** |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Chubb Policy Nos. xxxxxxx8.02; xxxxxxx6-08; xxxxxxx6-07; xxxxxxx6-02; xxxxxxx8-02; xxxxxxx0-05; xxxxxxx0-03; xxxxxxx6-02** | **H** | **0.00** |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | **H** | **1,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **44% interest in Adworks, Inc.** | **H** | **Unknown** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **53% interest in Hinsilblon, Ltd. Inc.** | **H** | **Unknown** |

SCHEDULE B – QUESTION 4
HOUSEHOLD FURNISHINGS

Guest Room

| | |
|---|---|
| Desk | 200 |
| Telescope | 150 |
| Gun box | 100 |
| 3 Rugs | 150 |
| Sofa | 50 |
| Chest | 50 |
| Chair | 100 |
| Television | 20 |
| Luggage | 50 |
| Bed | 25 |
| 2 End Tables | 40 |

Great Room

| | |
|---|---|
| Sofa/Chairs | 200 |
| Diving ? | 3,000 |
| Sextent | 100 |
| Entertainment Sys. | 100 |
| Telescope | 200 |
| 4 Chests | 150 |
| Grand Piano | 5,000 |
| Mirror | 200 |
| Planter | 1,000 |

Living Room

| | |
|---|---|
| Clock | 2,000 |
| 2 Sofas | 700 |
| 4 Chairs | 700 |
| Rug | 4,000 |
| Game table | 150 |
| Cocktail table | 300 |
| 2 end tables | 400 |
| Window table | 75 |
| Writing table | 500 |
| Rug | 100 |
| Smoking caddie | 200 |
| Lighters | 150 |
| Clock | 300 |

Dining Room

| | |
|---|---|
| Dining table | 500 |
| 8 Chairs | 600 |
| Side table | 300 |
| Antique buffet | 800 |
| Screen | 50 |

Pantry

| | |
|---|---|
| Misc. china pots/pans | 500 |

Kitchen

| | |
|---|---|
| Table | 300 |
| Chairs | 500 |
| Upholstered chairs | 150 |
| Straw chair | 100 |

Deck

| | |
|---|---|
| Grill | 50 |
| Table/chairs | 50 |
| Television | 150 |
| Cocktail Shakers | 200 |

Foyer

| | |
|---|---|
| Display case | 200 |
| Console/mirror | 150 |

Library

| | |
|---|---|
| Television | 50 |
| Sofa/chairs | 500 |
| Antique boat | 100 |
| 2 chairs | 200 |

Old Den

| | |
|---|---|
| Table | 500 |
| 4 chairs | 500 |
| Tufted chairs/sofa | 500 |

| | |
|---|---|
| Chest | 100 |
| Wing chair | 1,000 |
| Antique clock | 500 |
| Rug | 1,000 |
| Chest | 100 |

Game Room

| | |
|---|---|
| Pool table | 300 |
| French Stove | 300 |
| Desk | 200 |
| Rug | 300 |
| Chest | 50 |
| 3 chairs | 150 |
| Sofa | 1,000 |
| Rug | 50 |

Basement Guest Room

| | |
|---|---|
| Bed/Bedroom Furniture | 500 |

Gym

| | |
|---|---|
| Exercise equipment | 1,000 |
| Television | 25 |

Upstairs Hallway

| | |
|---|---|
| Chest | 150 |

Upstairs Bedroom

| | |
|---|---|
| Bed/2 Chairs | 500 |
| Chaise Lounge/ Greek Chair/Greek Table | 1,000 |

Study

| | |
|---|---|
| Desk | 300 |
| Rug | 30 |
| Computer | 50 |
| Exercise chair | 200 |

SCHEDULE B – QUESTION 5
BOOKS, PICTURES, ART OBJECTS

Guest Room

Poster                    50

Great Room

Sculpture               100

Living Room

Poster                   300
Icart Print              150
Icart Print              500
Oil Painting             150

Dining Room

Icart Print              150

Library

3 Prints                 425
Painting                 100
Misc. Books            1,000

Den Hall

3 Paintings               75

Old Den

2 paintings              200
3 Horse sculpture        500
Reproduction           2,000
bronze collection
Beer stein collection    100

Game Room

8 prints                 500

<u>Basement Book Shelf</u>

Misc. Books              100

<u>Upstairs Hallway</u>

Print                    100

<u>Study</u>

Oil Paintings            400


Miscellaneous      15,000
table-top ornaments
and collectibles
located throughout
the house

**B6B (Official Form 6B) (12/07) -- Cont.**

In re    **Richard J. Hindin**                                                                    ,        Case No.  **09-19741**

_____
                        **Debtor**                                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **85% interest in RF & A, LLC** | **H** | **Unknown** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **890,000 shares in Regenerx, Inc.** | **H** | **550,000.00** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Majority shareholder in Chicken Out Rotisserie, Incc.** | **H** | **Unknown** |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1967 Mercedes** | **H** | **15,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1987 Mercedes** | **H** | **2,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Porsche** | **H** | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Richard J. Hindin**                                    ,         Case No.  **09-19741**
                                              **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___2___ continuation sheets attached              Total  >              $ 690,715.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re    **Richard J. Hindin**                                          Case No.  **09-19741**
                                    Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1996 Porsche** | **CV § 34-26(8)** | **2,000.00** | **15,000.00** |
| **890,000 shares in Regenerx, Inc.** | **CV 34-4, 34-13** | **10,000.00** | **550,000.00** |
| **IRA** | **CV § 34-34** | **1,000.00** | **1,000.00** |
| **Misc. men's wearing apparel** | **CV § 34-26(4)** | **300.00** | **300.00** |
| **See attached list (Debtor owns 1/2 interest)** | **11 USC § 522(b)(3)(B)** | **21,900.00** | **21,900.00** |
| **See attached list (Debtor owns 1/2 interest)** | **11 USC § 522(b)(3)(B)** | **36,215.00** | **36,215.00** |
| | **CV § 34-26(4a)** | **5,000.00** | |

B6D (Official Form 6D) (12/07)

In re  Richard J. Hindin _____.    Case No.  09-19741 _____

_____
Debtor                                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arlington County Treasurer<br>PO Box 1780<br>Merrifield, VA  22116-1780 | | | 405 Chain Bridge Road, McLean, VA, 22010<br>407 Chain Bridge Road, McLean, VA, 22010<br><br>VALUE $9,200,000.00 | | | | 39,212.87 | 0.00 |
| ACCOUNT NO.<br><br>Branch Banking & Trust Co.<br>c/o Michael Fodel<br>11 Broken Land Parkway<br>Suite 100<br>Columbia, MD  21044 | | | Deed of Trust<br>407 Chain Bridge Road, McLean, VA, 22010<br><br>VALUE $8,000,000.00 | | | | 6,000,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Eagle Bank<br>7815 Woodmont Avenue<br>Bethesda, MD  20814 | | | Deed of Trust<br>15 Heather Lane, Bethany Beach, DE, 19930<br><br>VALUE $4,000,000.00 | | | | 1,999,821.28 | 0.00 |
| ACCOUNT NO.<br><br>GMAC<br>Payment Processing Center<br>PO Box 660208<br>Dallas, TX  75266-0208 | | | First Lien on Residence<br>407 Chain Bridge Road, McLean, VA, 22010<br><br>VALUE $8,000,000.00 | | | | 2,900,000.00 | 0.00 |

1    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                                                $ 10,939,034.15 | $          0.00

Total  ➤
(Use only on last page)                                          $                      | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re    **Richard J. Hindin**  .                        Case No.    **09-19741**

                          **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **National City Mortgage** <br> **PO Box 5570** <br> **Cleveland, OH  44101-0570** | | | **Second Lien on Residence** <br> **15 Heather Lane, Bethany** <br> **Beach, DE, 19930** <br><br> **VALUE $4,000,000.00** | | | | 472,975.01 | 0.00 |
| ACCOUNT NO. <br><br> **National City Mortgage** <br> **PO Box 1820** <br> **Dayton, OH  45401-1820** | | | **First Lien on Residence** <br> **15 Heather Lane, Bethany** <br> **Beach, DE, 19930** <br><br> **VALUE $4,000,000.00** | | | | 953,035.52 | 0.00 |
| ACCOUNT NO. <br><br> **Split Timber Holdings, LP** <br> **c/o James R. Schroll, Esq.** <br> **Bean, Kinney & Korman, PC** <br> **2300 Wilson Blvd., 7th Floor** <br> **Arlington, VA  22201** | **X** | | **Judgment Lien** <br> **15 Heather Lane, Bethany** <br> **Beach, DE, 19930** <br> **405 Chain Bridge Road, McLean,** <br> **VA, 22010** <br> **407 Chain Bridge Road, McLean,** <br> **VA, 22010** <br><br> **VALUE $1,750,000.00** | | | **X** | 6,671,469.42 | 4,921,469.40 |
| ACCOUNT NO. <br><br> **World Alliance Financial** <br> **3 Huntington Quadrangle** <br> **Suite 303 N** <br> **Melville, NY  11747** | | | **Reverse Mortgage** <br> **405 Chain Bridge Road, McLean,** <br> **VA, 22010** <br><br> **VALUE $1,200,000.00** | | | | 350,000.00 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

| $ 8,447,479.95 | $ 4,921,469.40 |
|---|---|

Total  ➢
(Use only on last page)

| $ 19,386,514.10 | $ 4,921,469.40 |
|---|---|

(Report also on Summary of    (If applicable, report
Schedules)    also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (12/07)

In re    **Richard J. Hindin**
_____
                        Debtor

Case No.    **09-19741**
_____
                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Richard J. Hindin** _____   Case No.   **09-19741** _____
                                                                                    (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▸ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Richard J. Hindin** _____    Case No. **09-19741** _____

   _____
   Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Burns Bros. Cleaners**<br>**6821 Old Dominion Drive**<br>**McLean, VA  22101** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Chase Visa**<br>**Card Member Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886** | | | | | | | **5,022.60** |
| ACCOUNT NO.<br><br>**Christine Hindin**<br>**6636 Hampton View Place**<br>**McLean, VA  22101** | | H | **Separation Agreement** | | | X | **560,000.00** |
| ACCOUNT NO.<br><br>**Eagle Bank**<br>**7815 Woodmont Avenue**<br>**Bethesdas, MD  20814** | | | **Line of Credit** | | | | **496,220.54** |
| ACCOUNT NO.<br><br>**Fortress**<br>**111 Atlantic Ave.**<br>**Suite 8**<br>**Ocean View, DE 19970** | | H | **Maintenance for 15 Heather Lane, N Bethany Beach, DE, 19930** | | | | **588.00** |

    _2_   Continuation sheets attached

                                                              Subtotal ➢ $        **1,061,831.14**

                                                              Total ➢ $

                                                              **(Use only on last page of the completed Schedule F.)**
                                                              **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                                              **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard J. Hindin**                                    Case No. **09-19741**
                    Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John D. Clayborne, Inc. <br> 100 West Jefferson Street <br> Falls Church, VA  22046 | | | | | | | 30,000.00 |
| ACCOUNT NO. <br><br> Neiman Marcus <br> PO Box 5235 <br> Carol Stream, IL  60197 | | | | | | | 110.24 |
| ACCOUNT NO. <br><br> Sam LeBauer <br> c/o Jeffrey M. Davis, Esq. <br> Higgins Benjamin et al. <br> 101 W. Friendly Ave., Suite 500 <br> Greensboro, NC  27401 | X | J | Guaranty of a loan by plaintiff to plaintiff's daughter | | | X | 400,000.00 |
| ACCOUNT NO. <br><br> Silver, Freedman & Taff, LLP <br> Attn:  Sidney J. Silver, Esq. <br> 3299 K Street, NW <br> Suite 100 <br> Washington, DC  20007 | | | | | | | 373,000.00 |
| ACCOUNT NO. <br><br> Sysco Foods <br> 8000 Dorsey Run Road <br> Jessup, MD  20794 | X | | Guaranty of corporate debt | | | | 500,000.00 |

Sheet no.  1  of  2  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **1,303,110.24**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Richard J. Hindin**                                      Case No. **09-19741**
                              **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Travelers Insurance Co.**<br>**One Tower Square**<br>**Hartford, CT  06183**<br><br><br>**Christopher Anzidei, Esq.**<br>**Watt, Tieder et al.**<br>**8405 Greensboro Drive**<br>**Suite 100**<br>**McLean, VA  22102** | | J | | X | | X | 547,155.26 |
| ACCOUNT NO.<br><br>**Wachovia Bank**<br>**PO Box 96074**<br>**Charlotte, NC  28296-0074** | | | Line of credit | | | | 250,501.44 |

Sheet no.  2  of  2  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                          Subtotal  >  $          **797,656.70**

                                          Total  >  $        **3,162,598.08**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:   <u>Richard J. Hindin</u>                          ,     Case No.   <u>09-19741</u>
                         **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re:  **Richard J. Hindin**                                          Case No.   **09-19741**
_____ .                              _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lee and Karen Hindin** | **Sam LeBauer**<br>**c/o Jeffrey M. Davis, Esq.**<br>**Higgins Benjamin et al.**<br>**101 W. Friendly Ave., Suite 500**<br>**Greensboro, NC  27401** |
| **Lee and Karen Hindin** | **Split Timber Holdings, LP**<br>**c/o James R. Schroll, Esq.**<br>**Bean, Kinney & Korman, PC**<br>**2300 Wilson Blvd., 7th Floor**<br>**Arlington, VA  22201** |
| **Chicken Out Rotisserie, Inc.** | **Sysco Foods**<br>**8000 Dorsey Run Road**<br>**Jessup, MD  20794** |

B6I (Official Form 6I) (12/07)

| In re | Richard J. Hindin | Case No. | 09-19741 |
|---|---|---|---|
| | Debtor | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Mother** | **93** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Investor** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 2,000.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) **Director Fees and Shareholder Distributions** | $ 17,166.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 19,166.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 19,166.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 19,166.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re  **Richard J. Hindin**                                                  ,            Case No.        **09-19741**

────────────────────────────────────────────────────────
Debtor                                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 9,516.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 2,700.00 |
| b. Water and sewer | $ | 200.00 |
| c. Telephone | $ | 307.00 |
| d. Other **Comcast Cable** | $ | 265.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,500.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 1,000.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 1,500.00 |
| 10. Charitable contributions | $ | 300.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 277.00 |
| d. Auto | $ | 0.00 |
| e. Other **Beach house mortgage payments** | $ | 8,426.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Estate Taxes** | $ | 7,166.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 6,500.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,875.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Miscellaneous living expenses** | $ | 2,000.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 45,582.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

────────────────────────────────────────────────────────

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 19,166.00 |
| b. Average monthly expenses from Line 18 above | $ | 45,582.00 |
| c. Monthly net income (a. minus b.) | $ | -26,416.00 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Eastern District of Virginia

In re  **Richard J. Hindin**                                        ,        Case No.  **09-19741**

                                    Debtor

                                                        Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    13.700.000.00 | | |
| B - Personal Property | YES | 3 | $    690.715.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $    19.386.514.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $    3.162.598.08 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    19.166.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    45.582.00 |
| TOTAL | | 16 | $    14,390,715.00 | $    22,549,112.18 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Richard J. Hindin**                                      Case No.  **09-19741**
_____                                           _____
**Debtor**                                                                       **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **18** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **12/31/2009** _____          Signature: **s/ Richard J. Hindin**
                                                    _____
                                                    **Richard J. Hindin**
                                                                   Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**

In re:   **Richard J. Hindin**                                              ,          Case No. **09-19741**
                                    Debtor                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.   Income from employment or operation of business

None
☑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 2.   Income other than from employment or operation of business

None
☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 645,337.00 | **Director fees and shareholder distributions from Adworks, Inc., Hinsilblon, Inc. and Centre Stage L, P;  interest income** | **2007** |
| 246,704.00 | **Director fees and shareholder distributions from Adworks, Inc. and Hinsilblon, Inc.** | **2008** |
| 206,000.00 | **Director fees and shareholder distributions from Adworks, Capital Restaurant Group, Regenerx, Hinsilblon, Inc., Chicken Out Inc. and Crowley Real Estate** | **2009** |

---

### 3.   Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ❑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express** | **08/09; 09/09; 10/09** | **8,806.70** | **See Schedule F** |
| **Discover Card** | **09/09; 10/09; 11/09** | **8,770.08** | **See Schedule F** |
| **GMAC** | **10/09; 11/09** | **21,901.02** | **See Schedule D** |
| **National City Mortgage Co.** | **9/09; 10/09; 11/09** | **17,881.82** | **See Schedule D** |

None ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| Islam v. Silva, et al. 295181 | Contract | Circuit Court Montgomery County, Maryland | Stayed/Pending |
| Split Timber Holdings, LP v. Richard J. Hindin 144515 | Filing of foreign judgment | Circuit Court Arlington County, Virginia | Pending |
| Split Timber Holdings, LP v. Richard J. Hindin 09-1316 | Garnishment | Circuit Court Arlington County, Virginia | Stayed/Pending |
| Split Timber Holdings, LP v. Richard J. Hindin 09-1315 | Garnishment | Circuit Court Arlington County, Virginia | Stayed/Pending |
| Mountain Desert Builders, Inc. v. Duval Development, LLC, et al. 070500535 | Suit on construction bond | District Court Summit County, Utah | Default Judgment |
| Dr. Samuel LeBauer v. Lee M. Hindin, et al. 09 CVS 14249 | Contract Action | Superior Court Guilford County, North Carolina | Stayed/Pending |
| Split Timber Holdings, LP v. Richard J. Hindin Unknown | Filing of foreign judgment | Circuit Court Montgomery County, Maryland | Stayed/Pending |
| Split Timber Holdings, LP v. Richard J. Hindin 13-C-09-079770 FJ | Filing of foreign judgment | Circuit Court Howard County, Maryland | Stayed/Pending |
| Split Timber Holdings, LP v. Richard J. Hindin 090500426 | Suit on guaranty | District Court Summit County, Utah | Default Judgment |
| Split Timber Holdings, LP v. Richard J. Hindin 09-1314 | Garnishment | Circuit Court Arlington County, Virginia | Stayed/Pending |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Split Timber Holdings, LP c/o James Schroll, Esq. Bean Kinney & Korman 2300 Wilson Blvd., 7th Floor Arlington, VA 22201 | 10/01/2009 | Real property was encumbered pursuant to the foreign judgments filed as noted above in Answer 4 a. |

4

### 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

### 9.  Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☑     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
      **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐     debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
      (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Institute for the Advanced Study**<br>    **None** | | **Debtor made advances to IASIA totaling 76,150 in 2009** |
| **RF&A, LLC**<br>    **Debtor is shareholder** | | **Debtor made payments totaling 13,000 in 2009** |
| **Various** | | **During the year prior to the bankruptcy the Debtor sold and/or gifted miscellaneous artwork and collectibles with an aggregate fair market value of approximately $5,000.00.** |

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑     self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑     sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
      savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
      credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
      filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
      both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Christine Hindin** | **Debtor's wife from whom he is separated owns 1/2 interest in various personalty located in Debtor's residence pursuant to parties' prenumptial agreement.** | **407 Chain Bridge Road, McLean, VA, 22102** |

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None □    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Adworks, Inc.** | **52-1196779** | **1225 19th Street, NW #500 Washington, DC  20036** | **Advertising agency** | |
| **Chicken Out Rotisserie, Inc.** | | **15952 Shady Grove Road Gaithersburg, MD  20877** | **Restaurant** | |
| **Hinsilblon, Ltd.** | **52-1694303** | **12381 S. Cleveland Ave. Suite 201 Ft. Myers, FL  33907** | **Air pollution control** | |
| **RF&A, LLC** | **52-213113076** | **15952 Shady Grove Road Gaithersburg, MD  20877** | **Consulting Agency** | |

None ☑    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

## 19. Books, records and financial statements

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                               DATES SERVICES RENDERED

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME             ADDRESS                           DATES SERVICES RENDERED

None □    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

**Roseanne Serels**                                      **Reznick Group, PC**
**7700 Old Georgetown Road**
**Suite 400**
**Bethesda, MD  20814**

9

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other
                                                     basis)

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                          NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                         OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                          NATURE AND PERCENTAGE
NAME AND ADDRESS                TITLE                      OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                       DATE OF WITHDRAWAL

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                TITLE                  DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                        AMOUNT OF MONEY
OF RECIPIENT,              DATE AND PURPOSE            OR DESCRIPTION
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL               AND VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **12/31/2009**

Signature
of Debtor   **s/ Richard J. Hindin**
            **Richard J. Hindin**