# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD J. HINDIN<br>Debtor. | Case No. 09-19741<br>Chapter 11 |

## ORDER DIRECTING EXAMINATION
## OF RICHARD J. HINDIN UNDER RULE 2004

This matter having come before this Court on the Motion of Split Timber Holdings, LP ("Split Timber"), a party in interest in this case, for entry of an order authorizing the Rule 2004 examination of Richard J. Hindin and good cause being shown for the relief requested;

IT IS HEREBY ORDERED that Split Timber be and hereby is authorized to proceed with the examination of Richard J. Hindin, under Rule 2004 of the Federal Bankruptcy Rules at a reasonable time and place designated by Split Timber on at least ten (10) days written notice;

IT IS FURTHER ORDERED that Split Timber may compel the attendance of the witness and the production of documents by the witness in a manner provided in Rule 9016 as authorized by Rule 2004(c) of the Bankruptcy Rules. The entry of this order is without prejudice to the rights of Richard J. Hindin to object to any document request on any ground permitted by the Bankruptcy Code or Bankruptcy Rules.

Signed this ____ day of _____, 2010.

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/  James R. Schroll
James R. Schroll, Esq. (VSB No. 19646)
Arianna S. Gleckel, Esq. (VSB No. 74914)
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
**jschroll@beankinney.com**
**agleckel@beankinney.com**
*Counsel for Split Timber Holdings, LP*