UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

In re:                                   :
                                         :
RICHARD J. HINDIN,                       :     Case No. 09-19741-BFK
                                         :     (Chapter 11)
         Debtor.                         :
                                         :

### REPORT OF BALLOTS FOR DEBTOR'S SECOND AMENDED
### PLAN OF REORGANIZATION DATED JUNE 13, 2011

| Class | # of Acceptances/Dollar Value | # of Rejections/Dollar Value |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 0 | 0 |
| 3 | 0 | 0 |
| 4 | 1/$5,999,999.76 | 0 |
| 5 | 0 | 0 |
| 6 | 1/$475,944.13 | 0 |
| 7 | 0 | 0 |
| 8 | 1/$2,010,037.02 | 0 |
| 9 | 0 | 0 |
| 10 | 0 | 0 |
| 11 | 0 | 0 |
| 12 | 1/ $392,289.31 | 0 |
| 13 | 0 | 0 |
| 14 | 4/ $1,406,681.70 | 2/ $3,353,762.70 |

Date:   September 1, 2011.

                              Respectfully submitted,
                              RICHARD J. HINDIN
                              By Counsel

COOTER, MANGOLD, DECKELBAUM & KARAS, LLP


By:     /s/ Stephen Nichols
        Stephen Nichols
        Va. Bar No. 32443
        5301 Wisconsin Avenue, NW
        Suite 500
        Washington, DC  20015

PHONE:     (202) 537-0700
FAX:       (202) 364-3664

*Attorneys for the Debtor*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of September, 2011 a copy of the foregoing REPORT OF BALLOTS was served electronically as a result of the efiling of the document on the following parties, and also upon all parties receiving electronic notice in this case:

Office of the US Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

James R. Schroll, Esq.
BEAN KINNEY & KORMAN, PC
2300 Wilson Boulevard
7th Floor
Arlington, VA 22201


                    /s/ Stephen Nichols
                    Stephen Nichols