**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| In re: | : |
| | : |
| **RICHARD J. HINDIN,** | :  Case No. 09-19741-BFK |
| | :  (Chapter 11) |
| Debtor. | : |
| | : |

**AMENDED REPORT OF BALLOTS FOR DEBTOR'S SECOND AMENDED
PLAN OF REORGANIZATION DATED JUNE 13, 2011**

| Class | # of Acceptances/Dollar Value | # of Rejections/Dollar Value |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 0 | 0 |
| 3 | 0 | 0 |
| 4 | 1/$5,999,999.76 | 0 |
| 5 | 0 | 0 |
| 6 | 1/$475,944.13 | 0 |
| 7 | 0 | 0 |
| 8 | 1/$2,010,037.02 | 0 |
| 9 | 0 | 0 |
| 10 | 0 | 0 |
| 11 | 0 | 0 |
| 12 | 1/ $392,289.31 | 0 |
| 13 | 0 | 0 |
| 14 | 5/ $4,757,442.70 | 1/ $3,001.72 |

Date:  September 9, 2011.

                                                      Respectfully submitted,
                                                      RICHARD J. HINDIN
                                                      By Counsel

COOTER, MANGOLD, DECKELBAUM & KARAS, LLP


By: /s/ Stephen Nichols
    Stephen Nichols
    Va. Bar No. 32443
    5301 Wisconsin Avenue, NW
    Suite 500
    Washington, DC   20015

PHONE:     (202) 537-0700
FAX:         (202) 364-3664

*Attorneys for the Debtor*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of September, 2011 a copy of the foregoing AMENDED REPORT OF BALLOTS was served electronically as a result of the efiling of the document on the following parties, and also upon all parties receiving electronic notice in this case:

Office of the US Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

James R. Schroll, Esq.
BEAN KINNEY & KORMAN, PC
2300 Wilson Boulevard
7th Floor
Arlington, VA 22201


                                          /s/ Stephen Nichols
                                          Stephen Nichols