# REQUEST FOR PAYMENT OF TAXES
Bankruptcy Code Cases-Administrative Expenses

United States Bankruptcy Court for the
Eastern District of Virginia

Case Number: 09-19741
Chapter of Case: 11
Date of Petition: 11/27/09
Account(s): 126380 &126376

**In the Matter of:**
Richard J. Hindin

1. The undersigned, whose business address is 301 King Street, Room 1700, P.O. Box 178, Alexandria, Virginia 22314, is the agent of the City of Alexandria, and is authorized to make this Request for Payment on behalf of the City of Alexandria, Virginia.

2. Request is made for payment of taxes and any interest and/or penalty due under the laws of the City of Alexandria and the Commonwealth of Virginia.

3. The ground of liability is taxes due under the laws of the City of Alexandria and the Commonwealth of Virginia.

**Administrative Claims**

| Tax Type | Tax Period | Amount | Interest Accrued to date below | Penalty Accrued to date below | Balance Due |
|---|---|---|---|---|---|
| Meal Sales Tax | 2011 | $16,503.70 | $ 793.54 | $ 2,537.94 | $19,835.18 |
| Location: | 3644 King Street | | | | |
| Meal Sales Tax | 2011 | $20,336.39 | $ 893.29 | $ 2,618.17 | $23,847.85 |
| Location: | 701 S. Washington Street | | | | |

Amount Due as of date of this Request.................................................. $ 43,683.03

Signature: *Christina Zedlman Braun*    Date: December 15, 2011

Title: Assistant City Attorney    Telephone Number: 703-746-3750

Penalty for presenting a Fraudulent Claim - Fine of up to $500,000 or imprisonment up to 5 years, or both.
18 U.S.C. §§152 and 3571.

*City of Alexandria, Virginia*
Department of Finance
Revenue Division
December 15, 2011

Summary of Accounts

| DEBTOR(S): | Richard J. Hindin |
|---|---|
| SSN or FED ID: | XXX-XX-0317 |
| CASE NUMBER: | 09-19741 |
| FILED: | November 27, 2009 |
| CHAPTER: | 11 |

## MEAL SALES TAX

| Location: | 3644 King Street | | | | | |
|---|---|---|---|---|---|---|
| Month/Year | Account Number | Tax Amount | Penalty | Interest | Amount Paid | Amount Due |
| March-11 | 126380 | $ 4,123.85 | $ 412.38 | $ 165.71 | $ 3,826.62 | $ 875.32 |
| April-11 | 126380 | $ 3,444.04 | $ 344.40 | $ 176.09 | $ 2,296.09 | $ 1,668.44 |
| May-11 | 126380 | $ 3,320.44 | $ 332.04 | $ 150.67 | $ 2,753.28 | $ 1,049.87 |
| June-11 | 126380 | $ 4,118.44 | $ 411.84 | $ 167.56 | $ - | $ 4,697.84 |
| August-11 | 126380 | $ 2,864.84 | $ 286.48 | $ 64.75 | $ - | $ 3,216.07 |
| September-11 | 126380 | $ 4,101.44 | $ 410.14 | $ 54.39 | $ - | $ 4,565.97 |
| October-11 | 126380 | $ 3,406.64 | $ 340.66 | $ 14.37 | $ - | $ 3,761.67 |
| | | | | | | $ 19,835.18 |

## MEAL SALES TAX

| Location: | 701 S. Washington Street | | | | | |
|---|---|---|---|---|---|---|
| Month/Year | Account Number | Tax Amount | Penalty | Interest | Amount Paid | Amount Due |
| March-11 | 126376 | $ 4,324.18 | $ 432.42 | $ 225.72 | $ 3,137.93 | $ 1,844.39 |
| April-11 | 126376 | $ 3,539.68 | $ 353.97 | $ 210.15 | $ - | $ 4,103.80 |
| May-11 | 126376 | $ 3,358.40 | $ 335.84 | $ 169.02 | $ - | $ 3,863.26 |
| June-11 | 126376 | $ 3,958.12 | $ 395.81 | $ 161.04 | $ - | $ 4,514.97 |
| August-11 | 126376 | $ 3,210.16 | $ 321.02 | $ 55.82 | $ 2,707.26 | $ 879.74 |
| September-11 | 126376 | $ 4,276.36 | $ 427.64 | $ 56.71 | $ - | $ 4,760.71 |
| October-11 | 126376 | $ 3,514.68 | $ 351.47 | $ 14.83 | $ - | $ 3,880.98 |
| | | | | | | $ 23,847.85 |

**TOTAL LIABILITY TO THE CITY OF ALEXANDRIA**                                   **$ 43,683.03**

# City of Alexandria October 2011 Meals Tax Bill

Finance Department, Treasury Division, City of Alexandria
P O Box 34842 Alexandria, VA 22334-0842
Phone: 703.746.3902   http://www.alexandriava.gov/

| | |
|---|---|
| Account Number: | 126380 |
| Business Name: | C-O BRADLEE CENTER, LLC |
| Business Location: | 3644 KING ST<br>Alexandria, VA 22302 |

CHICKEN OUT (KING)
C O BRADLEE CENTER LLC
15952-B SHADY GROVE R
GAITHERSBURG, MD 20877

| | |
|---|---|
| Bill Date: | 12/14/2011 |
| Payment Due: | 11/30/2011 |
| Bill Number: | 126380-Oct 2011-1 |

## Bill Summary

| | This Bill | Prior Bills |
|---|---|---|
| Taxes Owed: | $3,406.64 | $21,973.05 |
| Fees Owed: | | |
| Penalties: | $340.66 | $2,197.28 |
| Interest: | $14.37 | $779.17 |
| Payments: | | ($8,875.99) |
| Total Owed: | $3,761.67 | $16,073.51 |

### October 2011 Taxes Owed Summary

| | |
|---|---|
| Meals Taxes | $3,406.64 |
| Total: | **$3,406.64** |

## Total Owed: $19,835.18

The Total Owed may not include additional interest that has accrued.

---

**Questions concerning the tax amounts owed?**
Contact the Revenue Administration Division
301 King Street, Room 1700, Alexandria, VA 22314
703.746.3903

**Questions concerning payments, penalties, or interest?**
Contact the Treasury Division
301 King Street, Room 1510, Alexandria, VA 22314
703.746.3902

---

*Keep this portion for your records.*
*Detach and return with payment.*

---

| | |
|---|---|
| Account Number: | 126380 |
| Business Name: | C-O BRADLEE CENTER, LLC |
| Balance Due: | $19,835.18* |
| Payment Due Date: | 11/30/2011 |
| Bill: | October 2011 Meals Tax Bill |

C O BRADLEE CENTER LLC
15952-B SHADY GROVE R
GAITHERSBURG, MD 20877

M

*Make Checks Payable To City of Alexandria*

**Mail Payment To:**  Treasury Division, City of Alexandria
P O Box 34842, Alexandria, VA 22334-0842

*\* The Total Owed may not include additional interest that has accrued.*

A25/050000126380120001983518 5



# City of Alexandria October 2011 Meals Tax Bill

Finance Department, Treasury Division, City of Alexandria
P O Box 34842 Alexandria, VA 22334-0842
Phone: 703.746.3902  http://www.alexandriava.gov/

| | |
|---|---|
| Account Number: | 126376 |
| Business Name: | C-O OLD TOWN LLC |
| Business Location: | 701 S WASHINGTON ST<br>Alexandria, VA 22314 |

CHICKEN OUT (S WASHINGTON)
C O OF OLD TOWN LLC
15952-B SHADY GROVE R
GAITHERSBURG, MD 20877

| | |
|---|---|
| Bill Date: | 12/14/2011 |
| Payment Due: | 11/30/2011 |
| Bill Number: | 126376-Oct 2011-1 |

## Bill Summary

| | This Bill | Prior Bills |
|---|---|---|
| Taxes Owed: | $3,514.68 | $22,666.90 |
| Fees Owed: | | |
| Penalties: | $351.47 | $2,266.70 |
| Interest: | $14.83 | $878.46 |
| Payments: | | ($5,845.19) |
| Total Owed: | $3,880.98 | $19,966.87 |

### October 2011 Taxes Owed Summary

| | |
|---|---|
| Meals Taxes | $3,514.68 |
| Total: | $3,514.68 |

## Total Owed: $23,847.85

The Total Owed may not include additional interest that has accrued.

**Questions concerning the tax amounts owed?**
Contact the Revenue Administration Division
301 King Street, Room 1700, Alexandria, VA 22314
703.746.3903

**Questions concerning payments, penalties, or interest?**
Contact the Treasury Division
301 King Street, Room 1510, Alexandria, VA 22314
703.746.3902

*Keep this portion for your records.*

--- 

*Detach and return with payment.*

| | |
|---|---|
| Account Number: | 126376 |
| Business Name: | C-O OLD TOWN LLC |
| Balance Due: | $23,847.85* |
| Payment Due Date: | 11/30/2011 |
| Bill: | October 2011 Meals Tax Bill |

C O OF OLD TOWN LLC
15952-B SHADY GROVE R
GAITHERSBURG, MD 20877

M 

**Make Checks Payable To** City of Alexandria

**Mail Payment To:** Treasury Division, City of Alexandria
P O Box 34842, Alexandria, VA 22334-0842

* The Total Owed may not include additional interest that has accrued.

A25/05000012637612000023847857