**Stephen Nichols**
**VSB No. 32443**
**COOTER, MANGOLD, DECKELBAUM**
**& KARAS, LLP**
**5301 Wisconsin Avenue, NW**
**Suite 500**
**Washington, DC 20015**
**PHONE:** (202) 537-0700
**FAX:** (202) 364-3664

*Attorneys for Richard J. Hindin*

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: | : |
| RICHARD J. HINDIN, | : Case No. 09-19741-BFK |
| | : (Chapter 11) |
| Debtor. | : |

### REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

Pursuant to Fed. R. Bankr. P. 3004, the reorganized debtor Richard Hindin (the "Debtor") files the following application for allowance of an administrative expense on behalf of the following creditors. Each claim listed below is a contingent claim whose primary obligor is a related entity, Chicken Out Rotisserie, Inc.

| Claimant | Amount | Basis for Claim |
|---|---|---|
| State of Maryland | 379,984 | Sales Taxes |
| Commonwealth of Virginia | 294,446 | Sales Taxes |
| City of Alexandria | 20,106 | Sales Taxes |
| District of Columbia | 63,350 | Sales Taxes |

Date:   December 15, 2011.

                                  Respectfully submitted,
                                  RICHARD J. HINDIN
                                  By Counsel


COOTER, MANGOLD, DECKELBAUM & KARAS, LLP



By:    /s/ Stephen Nichols
       Nelson Deckelbaum
       Md. Fed. Bar No. 01249
       Stephen Nichols
       Va. Bar No. 32443
       5301 Wisconsin Avenue, NW
       Suite 500
       Washington, DC  20015

PHONE:     (202) 537-0700
FAX:       (202) 364-3664

*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2011 a copy of the foregoing Request was mailed, via first class mail, postage prepaid, to the following:

Christina Zechman Brown, Esq.
Office of the City Attorney
301 King Street
Suite 1300
Alexandria, VA 22314

Mark Ames, Esq.
Taxation Authority Consulting Services, PC
PO Box 71476
Richmond, VA 23255

Sylvia Brokos, Esq.
Comptroller of Maryland
Compliance Division
Room 410
301 West Preston Street
Baltimore, MD 21201

District of Columbia
Office of Finance & Revenue
PO Box 96384
Washington, DC 20090

/s/ Stephen Nichols
Stephen Nichols