**Stephen Nichols**
**VSB No. 32443**
**COOTER, MANGOLD, DECKELBAUM**
**& KARAS, LLP**
**5301 Wisconsin Avenue, NW**
**Suite 500**
**Washington, DC 20015**
**PHONE:      (202) 537-0700**
**FAX:           (202) 364-3664**

*Attorneys for Richard J. Hindin*

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: | : |
| RICHARD J. HINDIN, | : Case No. 09-19741-BFK |
| Debtor. | : (Chapter 11) |

### ORDER APPROVING
### FIRST AND FINAL FEE APPLICATION
### OF COOTER, MANGOLD, DECKELBAUM & KARAS, LLP FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR SERVICES RENDERED AS DEBTOR'S COUNSEL FOR THE PERIOD
### NOVEMBER 27, 2009 THROUGH OCTOBER 21, 2011

Upon consideration of the First and Final Fee Application of Cooter, Mangold,

Deckelbaum & Karas, LLP for Compensation and Reimbursement of Expenses for Services

Rendered as Debtor's Counsel for the Period November 27, 2009 through October 21, 2011 (the

"Final Fee Application") filed by Cooter, Mangold, Deckelbaum & Karas, LLP ("CMDK"),

attorneys for Richard J. Hindin, debtor in possession (the "Debtor"), and upon consideration of any

responses to the Application and after a hearing on the Application held after due and sufficient service of the Application on parties in interest, and the Court having concluded that cause exists to grant the relief requested in the Application, it is, by the Court

ORDERED, ADJUDGED & DECREED:

1. CMDK's Application is granted.

2. CMDK is awarded final compensation of $231,320 for its services to the Debtor and to the estate and is awarded reimbursement of its out of pocket expenses of $2,318.17, all as allowed chapter 11 administrative expenses.

3. The Debtor shall pay the sums awarded to CMDK hereunder in the manner described in Article 3.1.3 of the Debtor's Third Amended Plan of Reorganization dated September 1, 2011.

_____
Brian F. Kenney, Judge
U.S. Bankruptcy Court for the
Eastern District of Virginia

WE ASK FOR THIS:
COOTER, MANGOLD, DECKELBAUM
& KARAS, LLP


By:    /s/ Stephen Nichols
       Stephen Nichols
       Va. Bar No. 32443
       5301 Wisconsin Avenue, NW
       Suite 500
       Washington, DC 20015

PHONE:    (202) 537-0700
FAX:      (202) 364-3664
EMAIL:    efiling@cootermangold.com