IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 09-19741- SSM |
| RICHARD J. HINDIN, | ) |
| | ) CHAPTER 11 |
| Debtor. | ) |

**UNITED STATES OF AMERICA'S**
**RESPONSE TO FIRST OMNIBUS OBJECTION TO CLAIMS**

The United States of America, by and through undersigned counsel, on behalf of its Internal Revenue Service, a creditor herein, hereby advises the Debtor and the Court that it has no objection to the relief requested in the First Omnibus Objection to Claims and Notice Thereof (Amended and Duplicative Claims and Claims Incorrectly Claiming Priority or Secured Status) filed by the Debtor. The Internal Revenue Service's claim number 20-4 supercedes claims number 20-1, 20-2 and 20-3. While there is no need for disallowance of claims number 20-1, 20-2 or 20-3, the United States has no objection the entry of the Order attached to the motion.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By:  */s/ Robert K. Coulter*
Robert K. Coulter
Assistant United States Attorney

Robert K. Coulter
Assistant United States Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

- Christopher Michael Anzidei ChrisAnzidei@AnzideiLaw.com, darens@wthf.com
- Frank J. Bove fjboveesq@gmail.com
- Robert K. Coulter robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
- Michael Tully Driscoll michael.driscoll@usdoj.gov
- Melissa M. Watson Goode pjmecf@glasserlaw.com, mgoode@glasserlaw.com
- Joseph A. Guzinski joseph.a.guzinski@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov
- Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com
- W. Clarkson McDow, Jr. ustpregion04.ax.ecf@usdoj.gov
- Janet M. Meiburger, Esq. admin@meiburgerlaw.com
- Matthew Marc Moore mmoore@srgpe.com
- Thomas Francis Murphy tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
- Stephen W. Nichols snichols@cootermangold.com, efiling@cootermangold.com
- John B. Raftery jraftery@offitkurman.com
- James R. Schroll jschroll@beankinney.com, ncoton@beankinney.com
- Trenita Jackson Stewart vabecf@logs.com, vabecf@logs.com
- Madeline A. Trainor mtrainor@cyronmiller.com
- Eric David White ewhite@siwpc.com, kphares@siwpc.com;jtalley@siwpc.com;hfoy@siwpc.com;mfreeman@siwpc.com;kpittman@siwpc.com;naquilina@siwpc.com;dcarter@siwpc.com;mwentz@siwpc.com;amorris@siwpc.com;klane@siwpc.com;charding@siwpc.com;thonn@siwpc.com;

Date:   January 13, 2012

*/s/ Robert K. Coulter*
ROBERT K. COULTER