Dale A. Cooter
VSB No. 24373
Nelson Deckelbaum
DC Bar No. 3137
Stephen Nichols
VSB No. 32443
COOTER, MANGOLD, DECKELBAUM
& KARAS, LLP
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015

PHONE:      (202) 537-0700
FAX:        (202) 364-3664

*Attorneys for the*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
In re:                              \*
                                    \*
RICHARD HINDIN                      \*    Case No. 09-19741-BFK
                                    \*      (Chapter 11)
            Debtor(s).              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER GRANTING
FIRST AND FINAL APPLICATION FOR CHAPTER 11 ACCOUNTANT'S FEES

Upon consideration of the First and Final Fee Application filed by Reznick Group, P.C. ("Reznick"), the accountant for Richard Hindin, the Chapter 11 debtor (the "Debtor"), and notice and an opportunity to object to the relief sought in the Application having been provided to all creditors and other parties in interest, and after a hearing on the Application held on June 12, 2012, and for cause shown, it is, by the Court

ORDERED, ADJUDGED & DECREED:

1. The Application is granted.

2. Reznick is permitted to apply its $5,000 retainer against the allowed fees of $10,800.15, and the balance owed to it is allowed as an administrative claim.

_____
Brian F. Kenney, Judge
U.S. Bankruptcy Court for the
Eastern District of Virginia

WE ASK FOR THIS:

/s/ Stephen Nichols
Dale A. Cooter
VSB No. 24373
Stephen Nichols
VSB No. 32443
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
(202) 537-0700 (Phone)
(202) 364-3664 (fax)

*Attorneys for the Debtor
on behalf of Reznick Group, P.C.*