**Stephen Nichols**
**VSB No. 32443**
**COOTER, MANGOLD, DECKELBAUM**
**& KARAS, LLP**
**5301 Wisconsin Avenue, NW**
**Suite 500**
**Washington, DC 20015**
**PHONE:** (202) 537-0700
**FAX:** (202) 364-3664

*Attorneys for Richard J. Hindin*

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: | : |
| | : |
| **RICHARD J. HINDIN,** | : Case No. 09-19741-BFK |
| | : (Chapter 11) |
| **Debtor.** | : |

### REVISED ORDER GRANTING DEBTOR'S MOTION
### PURSUANT TO 11 U.S.C. § 363 (b) TO SELL REAL PROPERTY OF THE ESTATE

Upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. § 363 (b) to Sell Real Property of the Estate (the "Motion") filed by the debtor Richard J. Hindin (the "Debtor"), and upon consideration of any responses to the Motion and after a hearing on the Motion, and for cause shown, it is, by the Court

ORDERED, ADJUDGED & DECREED:

1. The Motion is granted.

2. The Debtor is authorized to sell 542 shares of capital stock of Promenade Towers Mutual Housing Corporation (the "Corporation") represented by Certificate #490C and the

Occupancy Agreement between Debtor and Corporation dated July 28, 1994, pertaining to Apartment 1227S and Parking Space 3016 in the Corporation's apartment building at 5225 Pooks Hill Road, Bethesda, Montgomery County, Maryland, 20814 (the "Property") to Norman Foster ("Foster") for $185,000.00.[1]

3. The Debtor is authorized to pay a sale commission of 3% of the gross sale proceeds to Peter Kutemeyer, Fairfax Realty, at closing.

4. The Debtor is authorized to execute any other documents reasonably necessary to effectuate the sale of the Property.

5. Foster is a good faith purchaser within the meaning of 11 U.S.C. § 363 (m).

6. The terms of this Order shall not be subject to the stay provided for in Fed. R. Bankr. P. 6004 (g), or any other applicable stay.
.

_____
Brian F. Kenney, Judge
U.S. Bankruptcy Court for the
Eastern District of Virginia

---

[1] The language in paragraph 2 of this Order revises the language contained in paragraph 2 of the Court's Order entered on July 19, 2012 (Docket No. 216).

I ASK FOR THIS:
COOTER, MANGOLD, DECKELBAUM
& KARAS, LLP


By:     /s/ Stephen Nichols
        Stephen Nichols
        Va. Bar No. 32443
        5301 Wisconsin Avenue, NW
        Suite 500
        Washington, DC 20015

PHONE:      (202) 537-0700
FAX:        (202) 364-3664

*Attorneys for Richard J. Hindin*


cc:
        Stephen Nichols, Esq.
        Office of the US Trustee