**Stephen Nichols**
**VSB No. 32443**
**COOTER, MANGOLD, DECKELBAUM**
**& KARAS, LLP**
**5301 Wisconsin Avenue, NW**
**Suite 500**
**Washington, DC 20015**
**PHONE:       (202) 537-0700**
**FAX:            (202) 364-3664**

*Attorneys for Richard J. Hindin*

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: | : |
| **RICHARD J. HINDIN,** | : Case No. 09-19741-BFK |
| | : (Chapter 11) |
| **Debtor.** | : |

### ORDER GRANTING
### DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 1127 (e)
### TO MODIFY THIRD AMENDED PLAN OF REORGANIZATION

Upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1127 (e) to Modify Third Amended Plan of Reorganization (the "Motion") seeking approval of a proposed modification to the Debtor's Third Amended Plan of Reorganization (the "Plan") which was confirmed by an order of the Court entered on September 19, 2012 (Docket No. 173), and a copy of the Motion with the attached proposed modifications to the Plan having been served on all creditors and other parties in interest, and after a hearing on the Motion held on September 25, 2012, it is, by the Court

ORDERED, ADJUDGED & DECREED:

1. The relief requested in the Motion is granted to the extent set forth below.

2. A modification to the Plan extending the deadline for obtaining contracts for the sale of the Debtor's real property pursuant to Section 5.1 (d) of the Plan, and the related Distribution Date under the Plan, for a period of six (6) months from the date of the entry of this Order is approved and the Plan as modified is confirmed.

_____
Brian F. Kenney, Judge
U.S. Bankruptcy Court for the Eastern
District of Virginia

I ASK FOR THIS:
COOTER, MANGOLD, DECKELBAUM & KARAS, LLP

By:    /s/ Stephen Nichols
       Stephen Nichols
       Va. Bar No. 32443
       5301 Wisconsin Avenue, NW
       Suite 500
       Washington, DC  20015

PHONE:     (202) 537-0700
FAX:       (202) 364-3664

*Attorneys for the Debtor*

cc:
       Stephen Nichols
       Office of the US Trustee