**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re : | |
| RICHARD J. HINDIN, : | |
| Debtor, : | |
| : | Chapter 11 |
| PROMENADE TOWERS MUTUAL : | Case No. 09-19741-BFK |
| HOUSING CORP., : | |
| Plaintiff/Movant, : | |
| v. : | |
| RICHARD J. HINDIN, : | |
| Defendant. : | |

**CONSENT ORDER**

**UPON CONSIDERATION** of the Debtor's Motion to Sell Real Property of the Estate (Docket No. 246) (the "Motion"), and any opposition thereto, and

**IT APPEARING** the Motion should be granted, it is hereby **ORDERED, ADJUDGED, & DECREED**:

1. The Motion is granted.

2. The Debtor is authorized to sell his shares of capital stock of Promenade Towers Mutual Housing Corporation ("Promenade") pertaining to Apartment 923N and Parking Space 3207 in Promenade's apartment building located at 5225 Pooks Hill Road, Bethesda, Maryland 20814, and any related property rights (the "Property") to Pedram Jaffari Fard and Payam Jaffari Moghadem Fard (the "Purchasers") for $178,000.00. The sale of the Property is free and clear of any liens thereon.

3. Promenade shall be paid $19,804.28 from the proceeds of the sale, in full satisfaction of its claim against the Debtor.

4. The Debtor is authorized to pay a sale commission of six percent (6%) of the gross sale proceeds at closing and to pay any agreed outstanding fees owed to Promenade at closing.

5. The Debtor is authorized to execute any other documents reasonably necessary to effectuate the sale of the Property and the terms of this Order.

6. The Purchasers are good faith purchasers within the meaning of 11 U.S.C. § 363(m).

7. The terms of this Order shall not be subject to the stay provided for in Fed. R. Bankr. P. 6004(g) or any other applicable stay.

_____
Brian F. Kenney, Judge
U.S. Bankruptcy Court for the
Eastern District of Virginia

I ASK FOR THIS:
COOTER, MANGOLD, DECKELBAUM
& KARAS, LLP

*/s/ Stephen Nichols*
Stephen Nichols
Virginia Bar No. 32443
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
Phone: (202) 537-0700
Facsimile: (202) 364-3664
*Attorney for Debtor*

SEEN AND AGREED:
JACKSON & CAMPBELL, P.C.


*/s/ James N. Markels*
James N. Markels (VSB No. 68399)
1120 Twentieth Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036
Phone: (202) 457-1610
Facsimile: (202) 457-1678
Email: jmarkels@jackscamp.com
*Attorney for Promenade Mutual Housing Corp.*


Cc:

Stephen Nichols, Esquire
James N. Markels, Esquire
Office of the U.S. Trustee