UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**RICHARD J. HINDIN**                             Ch. 11
    Debtor                                          Case No. 09-19741-BFK

**GUCA ENTERPRISES,LLC**
    Movant
vs.
**RICHARD J. HINDIN**
    Respondent

## ORDER GRANTING RELIEF FROM STAY

CAME THIS DAY the Movant, by counsel, and sought relief from the stay imposed in this matter as to an account with TD Bank and an account with Bank of Georgetown. Respondent, by counsel, opposed the relief and sought sanctions for violation of the stay.

Evidence was adduced at the hearing from Alice Pare, Esquire, who had represented the Movant in its judgment against Mr. Hindin in the Circuit Court of Montgomery County, Maryland, and argument was made by counsel.

FOR THE REASONS STATED FROM THE BENCH, it is hereby

ADJUDGED and ORDERED that Guca Enterprises,LLC, is granted relief from stay as to the account it has garnished at TD Bank owned by Richard J. Hindin, and this matter is continued for a final hearing on the Motion as to Bank of Georgetown to October 22,2014, at 10:30 a.m.   Further, it is hereby

ADJUDGED and ORDERED that Respondent's request for an award of sanctions for violation of the automatic stay shall be and is denied.

Ronald William Stern  VSB 21924
333 N Fairfax Street #204
Alexandria, VA 22314   703-684-0100  T   684-5664 F
Counsel for Plaintiff

Entered this ___ day of September, 2014.

/s/ Brian F. Kenney
_____
Brian F. Kenney
Judge, United States Bankruptcy Court

Sep 29 2014

Entered on Docket: 10/1/2014

I ASK FOR THIS:

/s/ Ronald W. Stern
_____
Ronald W. Stern, Counsel for Movant VSB 21924
333 N Fairfax St #204
Alexandria VA 22314
703-684-0100 T  684-5664 F
ronsterndocuments@gmail.com

SEEN AND OBJECTED TO:

/s/ Stephen Nichols
_____
Stephen Nichols,  Counsel for Respondent
5301 Wisconsin Avenue #500
WDC 20016
202-537-0700 T  364-4664 F
snichols@cootermangold.com

CERTIFICATE OF ENDORSEMENTS

I hereby certify that the foregoing contains all necessary endorsements for entry.

/s/ Ronald W. Stern
_____
Ronald W. Stern

CERTIFICATE OF THOSE ENTITLED TO COPIES OF ORDER

I hereby certify that the foregoing are entitled to copies of this Order:

Ronald Stern, Counsel for Movant,  ronsterndocuments@gmail.com
Stephen Nichols, Counsel for Respondent, snichols@cootermangold.com
Alice Pare, parebankruptcy@ymail.com


/s/ Ronald W. Stern
_____

Ronald W. Stern