UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re : | |
| : | |
| **RICHARD J. HINDIN,** : | |
| : | |
| Debtor, : | |
| _____ : | |
| : | Chapter 11 |
| **GUCA ENTERPRISES, LLC** : | Case No. 09-19741-BFK |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| **RICHARD J. HINDIN,** : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER DENYING RELIEF FROM AUTOMATIC STAY

Before the Court is a Motion for Relief From Automatic Stay (the "Motion") (Docket No. 271) filed by GUCA Enterprises, LLC ("GUCA"). The debtor Richard Hindin ("Hindin") filed an opposition to the Motion and the Court held a preliminary hearing on the Motion on September 24, 2014. An Order was entered on October 2, 2014 (the "Lift Stay Order") (Docket No. 276) which granted GUCA's Motion in part and reserved decision on the remaining relief sought in the Motion for determination at a final hearing. The final hearing on the Motion was held on October 22, 2014. For the reasons stated on the record, it is hereby

**ORDERED, ADJUDGED, & DECREED**:

1. Except for the relief previously granted in the Lift Stay Order, the Motion is denied.

Oct 28 2014

/s/ Brian F. Kenney
_____
Brian F. Kenney, Judge
U.S. Bankruptcy Court for the
Eastern District of Virginia

Entered on Docket: Oct 29 2014

I ASK FOR THIS:
COOTER, MANGOLD, DECKELBAUM
& KARAS, LLP

*/s/ Stephen Nichols*
Stephen Nichols (VSB No 32443)
7315 Wisconsin Avenue
Suite 800 West
Bethesda, MD  20814
Phone: (202) 537-0700
Facsimile: (202) 364-3664
Email: efiling@cootermangold.com
        snichols@cootermangold.com

*Attorney for Debtor*

SEEN AND OBJECTED TO:

*/s/ Ronald William Stern (by SN with permission)*
Ronald William Stern (VSB No. 21924)
333 N. Fairfax Street
#204
Alexandria, VA  22314
Phone: (703) 684-0100
Facsimile: (703) 684-5664
Email: ronsterndocuments@gmail.com

*Attorney for GUCA Enterprises, LLC*

2

cc:

Stephen Nichols, Esquire
Ronald Stern, Esquire