IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
POST-CONFIRMATION QUARTERLY REPORT

DEBTOR: Richard J. Hindin  
CH. 11 CASE NO: 09-19740  
FOR QUARTER ENDED: 9/30/14

### SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER:

| | |
|---|---|
| CASH BALANCE, BEGINNING OF QUARTER | $ 1,007,345.23 |
| CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | $ 81,800.00 |
| ALL CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | $(106,245).40 |
| CASH BALANCE, END OF QTR. (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 982,899.83 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| ADMINISTRATIVE EXPENSES | PAID DURING QUARTER | TOTAL PAID TO DATE | TOTAL PMTS PROJECTED UNDER PLAN |
|---|---|---|---|
| PLAN TRUSTEE COMPENSATION | $ | $ | $ |
| PLAN TRUSTEE EXPENSE | | | |
| ATTORNEY FEES - TRUSTEE | | | |
| ATTORNEY FEES - DEBTOR | | 233,638.17 | 233,638.17 |
| OTHER PROFESSIONALS | | | |
| OTHER ADMIN. EXPENSES | | 22,425.00 | 22,425.00 |
| TOTAL ADMIN. EXPENSES | $ | $ 256,063.17 | $ 256,063.17 |
| SECURED CREDITORS | $ | $ 3,786,480.80 | $ 3,786,480.80 |
| PRIORITY CREDITORS | $ | $ | $ |
| UNSECURED CREDITORS | $ | $ | $ |
| EQUITY SECURITY CREDITORS | $ | $ | $ |
| MISC. (ATTACH SHEETS AS NECESSARY) | $ | $ | $ |
| TOTAL PLAN PAYMENTS | $ | $ 4,042,543.97 | $ 4,042,543.97 |

| | AMOUNT | DATE | CHECK NO |
|---|---|---|---|
| QUARTERLY FEE PAID | $ TBD | | |

### PLAN STATUS:

| | YES | NO |
|---|---|---|
| Have all payments been made as set forth in the confirmed plan? If no, attach explanation. | ✓ | |
| Are all post-confirmation obligations current? If no, attach explanation. | ✓ | |

Projected date of application for final decree: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST-CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Reorganized Debtor: _____    Date: 10/30/14  
By: _[signature]_                     Title: Debtor  
Printed Name: Richard J. Hindin       Telephone Number: (240) 498-8013



**Account Number** ▇▇▇▇▇▇▇
From : 07/01/2014 Thru : 07/31/2014

Richard J. Hindin
Debtor Possession Account
407 Chain Bridge Road
McLean VA 22101

## Account Summary for Georgetown Free Checking - ▇▇▇▇▇▇▇

| Starting Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 954,652.69 | | $ 2,800.00 | | $ 0.00 | | $ (11,200.00) | | $ 0.00 | | $ 946,252.69 |

### Transactions for Georgetown Free Checking - ▇▇▇▇▇▇▇

| Date | Description | Checks /Debits | Deposits / Credits | Balance |
|---|---|---|---|---|
| 07/01 | Starting Balance | | | $ 954,652.69 |
| 07/07 | 681 Check | $ (5,600.00) | | $ 949,052.69 |
| 07/21 | External Deposit SSA TREAS 310 | | $ 2,800.00 | $ 951,852.69 |
| 07/23 | 683 Check | $ (5,600.00) | | $ 946,252.69 |

### Checks for Georgetown Free Checking - ▇▇▇▇▇▇▇

| Date | Check Number | Amount |
|---|---|---|
| 07/07 | 681 * | $ (5,600.00) |
| 07/23 | 683 * | $ (5,600.00) |

* Indicates Non-Consecutive Check Numbers(s)
(E) Electronic Check

The Annual Percentage Yield Earned for this account is 0.00%.



**BANK OF GEORGETOWN**

Account Number
From : 08/01/2014 Thru : 08/31/2014

Richard J. Hindin
Debtor Possession Account
407 Chain Bridge Road
McLean VA 22101

## Account Summary for Georgetown Free Checking -

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 946,252.69 | | $ 2,800.00 | | $ 0.00 | | $ 0.00 | | $ 0.00 | | $ 949,052.69 |

### Transactions for Georgetown Free Checking -

| Date | Description | Checks /Debits | Deposits / Credits | Balance |
|---|---|---|---|---|
| 08/01 | Starting Balance | | | $ 946,252.69 |
| 08/20 | External Deposit SSA TREAS 310 | | $ 2,800.00 | $ 949,052.69 |

### Checks for Georgetown Free Checking -

| Date | Check Number | Amount |
|---|---|---|

* Indicates Non-Consecutive Check Numbers(s)
(E) Electronic Check

The Annual Percentage Yield Earned for this account is 0.00%.



**Account Number** ███████████
From : 09/01/2014 Thru : 09/30/2014

Richard J. Hindin
Debtor Possession Account
407 Chain Bridge Road
McLean VA 22101

## Account Summary for Georgetown Free Checking - ███████████

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 949,052.69 | | $ 2,800.00 | | $ 0.00 | | $ 0.00 | | $ 0.00 | | $ 951,852.69 |

### Transactions for Georgetown Free Checking - ███████████

| Date | Description | Checks /Debits | Deposits / Credits | Balance |
|---|---|---|---|---|
| 09/01 | Starting Balance | | | $ 949,052.69 |
| 09/21 | External Deposit SSA TREAS 310 | | $ 2,800.00 | $ 951,852.69 |

### Checks for Georgetown Free Checking - ███████████

| Date | Check Number | Amount |
|---|---|---|

* Indicates Non-Consecutive Check Numbers(s)
(E) Electronic Check

The Annual Percentage Yield Earned for this account is 0.00%.



America's Most Convenient Bank®          7          STATEMENT OF ACCOUNT

TAILOR SWIFT LLC
407 CHAIN BRIDGE RD
MCLEAN VA  22101

Page: 1 of 4
Statement Period: Jul 01 2014-Jul 31 2014
Cust Ref #: 
Primary Account #:

## TD Business Convenience Plus
TAILOR SWIFT LLC                                                                     Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 52,702.51 | Average Collected Balance | 27,451.52 |
| Electronic Deposits | 2,800.00 | Annual Percentage Yield Earned | 0.00% |
| Other Credits | 5,000.00 | Days in Period | 31 |
| Checks Paid | 23,591.18 | | |
| Electronic Payments | 10,924.24 | | |
| Other Withdrawals | 5,290.00 | | |
| Ending Balance | 20,697.09 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/16 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC 213380317A  SSA | 2,800.00 |
| | Subtotal: | 2,800.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/25 | WIRE TRANSFER INCOMING, HINSILBLON LTD INC | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid**     No. Checks: 13

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 7/2 | 558 | 2,500.00 | 7/3 | 572 | 4,255.00 |
| 7/3 | 559 | 3,500.00 | 7/8 | 573 | 168.00 |
| 7/3 | 567* | 100.00 | 7/8 | 574 | 168.00 |
| 7/3 | 568 | 25.64 | 7/8 | 575 | 168.00 |
| 7/3 | 569 | 72.65 | 7/22 | 576 | 3,899.25 |
| 7/3 | 570 | 5,000.00 | 7/28 | 577 | 2,234.64 |
| 7/16 | 571 | 1,500.00 | | | |
| | | | | Subtotal: | 23,591.18 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/1 | DEBIT CARD PURCHASE, AUT 063014 VISA DDA PUR<br>RICKY S  301          MIAMI       * FL<br>4085404004782656 | 29.96 |
| 7/1 | DEBIT CARD PURCHASE, AUT 063014 VISA DDA PUR<br>RICKY S  301          MIAMI       * FL<br>4085404004782656 | 28.88 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®          7          STATEMENT OF ACCOUNT

TAILOR SWIFT LLC
407 CHAIN BRIDGE RD
MCLEAN VA  22101

Page:                                 1 of 3
Statement Period:   Aug 01 2014-Aug 31 2014
Cust Ref #:         
Primary Account #:

## TD Business Convenience Plus
TAILOR SWIFT LLC                                                                                    Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,697.09 | Average Collected Balance | 19,200.02 |
| Deposits | 25,000.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 2,800.05 | Days in Period | 31 |
| Other Credits | 5,000.00 | | |
| Checks Paid | 10,009.29 | | |
| Electronic Payments | 5,126.61 | | |
| Other Withdrawals | 5,290.00 | | |
| Ending Balance | 33,071.24 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/18 | DEPOSIT | 25,000.00 |
| | Subtotal: | 25,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/20 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC 213380317A  SSA | 2,800.00 |
| 8/20 | ACH DEPOSIT, PAYPAL VERIFYBANK 105242222FD42MN | 0.04 |
| 8/20 | ACH DEPOSIT, PAYPAL VERIFYBANK 205242222FD42MN | 0.01 |
| | Subtotal: | 2,800.05 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/27 | WIRE TRANSFER INCOMING, HINSILBLON LTD INC | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid**   No. Checks: 8

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 8/22 | 529 | 550.00 | 8/14 | 580 | 30.00 |
| 8/27 | 533* | 1,500.00 | 8/5 | 581 | 2,000.00 |
| 8/4 | 578* | 74.29 | 8/12 | 582 | 1,500.00 |
| 8/6 | 579 | 100.00 | 8/11 | 583 | 4,255.00 |
| | | | | Subtotal: | 10,009.29 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/14 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W8824 | 5,023.29 |
| 8/20 | ACH DEBIT, PAYPAL VERIFYBANK 405242222FD42MN | 0.05 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®    7    STATEMENT OF ACCOUNT

TAILOR SWIFT LLC
407 CHAIN BRIDGE RD
MCLEAN VA  22101

Page: 1 of 5
Statement Period: Sep 01 2014-Sep 30 2014
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus
TAILOR SWIFT LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 33,071.24 | Average Collected Balance | 18,031.14 |
| Deposits | 25,000.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 2,800.00 | Days in Period | 30 |
| Other Credits | 5,000.00 | | |
| Checks Paid | 15,995.81 | | |
| Electronic Payments | 11,228.27 | | |
| Other Withdrawals | 7,590.00 | | |
| Ending Balance | 31,057.16 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 9/22 | DEPOSIT | 25,000.00 |
| | Subtotal: | 25,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 9/17 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC 213380317A  SSA | 2,800.00 |
| | Subtotal: | 2,800.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 9/24 | WIRE TRANSFER INCOMING, HINSILBLON LTD INC | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid**   No. Checks: 14

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---:|---|---|---:|
| 9/2 | 530 | 3,372.75 | 9/8 | 584* | 500.00 |
| 9/3 | 531 | 300.00 | 9/10 | 585 | 3,340.00 |
| 9/2 | 532 | 1,500.00 | 9/15 | 586 | 135.00 |
| 9/9 | 535* | 1,500.00 | 9/17 | 587 | 50.00 |
| 9/5 | 536 | 4,255.00 | 9/23 | 588 | 100.00 |
| 9/9 | 537 | 74.29 | 9/24 | 589 | 510.00 |
| 9/8 | 538 | 43.77 | 9/30 | 590 | 315.00 |
| | | | | Subtotal: | 15,995.81 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 9/2 | ELECTRONIC PMT-WEB, PAYPAL ECHECK DATTIX | 32.75 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender