**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In re:** | |
| **Richard J. Hindin,** | Case No. 09-19741-BFK |
| | Chapter 11 |
| **Debtor.** | |

**ORDER OF DISMISSAL**

Upon the Motion of the United States Trustee to Dismiss or Convert this Case to a Chapter 7, or in the Alternative to Dismiss this Chapter 11 Case, and good cause having been shown, it is hereby:

**ORDERED**, that the motion of the United States Trustee is hereby granted and this case is hereby **DISMISSED**.

{*If appropriate*} **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $_____ to the Clerk within ten (10) days of the date of this order; and it is further **ORDERED** that the clerk shall mail copies of this order to the debtor, counsel for the debtor, the United States Trustee and all parties listed on the mailing matrix.

_____                    _____
DATE                                                      BRIAN F. KENNEY
                                                                  BANKRUPTCY JUDGE

I ask for this:

JUDY A. ROBBINS
United States Trustee
For Region Four

By:    */s/ Bradley D. Jones*
         Bradley D. Jones (VSB No. 85095)
         Trial Attorney
         Office of the U.S. Trustee
         115 S. Union St., Suite 210
         Alexandria, Virginia 22314
         (703) 557-7228

cc:

Serve Electronically:

United States Trustee : ustpregion04.ax.ecf@usdoj.gov; bradley.d.jones@usdoj.gov

Serve via Mail:

Richard J. Hindin
407 Chain Bridge Road
McLean, VA 22010
*Debtor*

Stephen W. Nichols
Offit Kurman, P.A.
4800 Montgomery Lane
9th Floor
Bethesda, MD 20814
*Debtor's Counsel*

Brian Andrew Tucci
Law Offices of Brian A. Tucci, LLC
7979 Old Georgetown Road
Suite 750
Bethesda, MD 20814
*Debtor's Counsel*

Bradley D. Jones (VSB No. 85095)
Trial Attorney
Office of the U.S. Trustee
115 S. Union St., Suite 210
Alexandria, Virginia 22314