**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

Richard J. Hindin,                                              Case No. 09-19741-BFK

Debtor.                                                         Chapter 11

## ORDER OF CONVERSION FROM CHAPTER 11 TO CHAPTER 7

Upon the Motion of the United States Trustee to Dismiss or Convert to a Chapter 7, or to Dismiss this Chapter 11 case, good cause having been shown, it is hereby

ORDERED that:

1. This case is converted to one under chapter 7 of title 11 of the United States Code;

2. The debtor in the chapter 11 case shall file with the Court a final report and account as required by Bankruptcy Rule 1019(5) and Local Rule 1017-1(D) within thirty (30) days of the entry of this order, with a copy to be mailed to the United States Trustee;

3. The debtor shall file with the Court within fifteen (15) days after the conversion of this case as applicable, either:

    (a) a schedule of unpaid debts incurred after the commencement of the original case, and a list of creditors in the format required by the Clerk's Office, or

    (b) a certification that no unpaid debts have been incurred since the commencement of this case.

4. The debtor shall file with the Court a Statement of Intention with respect to secured property, if required, within thirty (30) days of the entry of this order or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

5. The debtor shall appear and testify, at the date and time set by the Clerk of this Court, at the section 341 meeting of creditors in the converted case.

It is further ORDERED that the automatic dismissal provisions of the local rules shall not apply to this converted case, and failure of the debtor to abide by terms of this Order may result in the issuance of an Order to Show Cause directed to the debtor and principals of the debtor.

      The Clerk shall forward a copy of this order to the debtor, the attorney for the debtor, the chapter 11 trustee, if any, and the United States Trustee.

_____       _____

DATE                                        BRIAN F. KENNEY
                                             BANKRUPTCY JUDGE

                                             Entered on Docket: _____

I ask for this:

JUDY A. ROBBINS
United States Trustee
For Region Four


By:     */s/ Bradley D. Jones*
         Bradley D. Jones (VSB No. 85095)
         Trial Attorney
         Office of the U.S. Trustee
         115 S. Union St., Suite 210
         Alexandria, Virginia 22314
         (703) 557-7228

cc:

Serve Electronically:

United States Trustee: ustpregion04.ax.ecf@usdoj.gov;  bradley.d.jones@usdoj.gov

Serve by Mail:

Richard J. Hindin
407 Chain Bridge Road
McLean, VA 22010
*Debtor*

Stephen W. Nichols
Offit Kurman, P.A.
4800 Montgomery Lane
9th Floor
Bethesda, MD 20814
*Debtor's Counsel*

Brian Andrew Tucci
Law Offices of Brian A. Tucci, LLC
7979 Old Georgetown Road
Suite 750
Bethesda, MD 20814
*Debtor's Counsel*


Bradley D. Jones
Trial Attorney
Office of United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314