# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   09−19741−BFK
**Chapter**   11
**Judge**   Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard J. Hindin
 407 Chain Bridge Road
McLean, VA 22010

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−0317

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF HEARING

A

*300* − Motion to Convert Case to Chapter 7 (Fee Amount of $ 15 Exempt), or in the alternative Motion to Dismiss Case , Notice of Motion & Notice of Hearing Hearing scheduled for 2/2/2016 at 11:00 AM at Judge Kenney's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Attachments: # 1 Proposed Order Dismissing Case # 2 Proposed Order Convertng Case # 3 Notice of Motion and Hearing)Filed by Bradley David Jones of Office of the United States Trustee on behalf of Judy A. Robbins 11 (Jones, Bradley)

  has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**   February 2, 2016         **Time:**   11:00 AM

**Location:**

Judge Kenney's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 S. Washington St., Ctrm III, Alexandria, VA 22314

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:   December 22, 2015                    For the Court,

                                                                William C. Redden, Clerk

[USTVAN022vDec2009.jsp]

United States Bankruptcy Court

```
                             United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                                  Case No. 09-19741-BFK
Richard J. Hindin                                                       Chapter 11
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0422-9          User: shepherda              Page 1 of 3                  Date Rcvd: Dec 22, 2015
                              Form ID: VAN22UST            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2015.
db            #+Richard J. Hindin,    407 Chain Bridge Road,    McLean, VA 22101-1906
aty            +City of Alexandria,    Office of the City Attorney,    301 King Street,    Suite 1300,
                 Alexandria, VA 22314-3211
cr             +Branch Banking & Trust Company,    c/o Matthew M. Moore, Esquire,
                 Shulman Rogers Gandal Pordy & Ecker, PA,    12505 Park Potomac Avenue,    Sixth Floor,
                 Potomac, MD 20854-6801
mvnt           +Guca Enterprises,LLC,    c/o Alice Pare,Esq.,    19737 Executive Parke Circle,
                 Germantown, MD 20874-2642
cr             +Riggs Counselman Michaels & Downs,    c/o Kazlow & Fields, LLC,
                 8100 Sandpiper Circle, Suite 204,    Baltimore, MD 21236-4999
op             +Rob Kendall,    Dependable Process Servers (DPS),    570 S. 23rd Street,
                 Arlington, VA 22202-2518
cr             +The Bank of New York Mellon Trust Company, N.A. f/,    C/O SHAPIRO AND BURSON,
                 236 CLEARFIELD AVE STE 215,    VA BEACH, VA 23462-1893
cr             +Travelers Casualty and Surety Company of America,    c/o Watt, Tieder, Hoffar & Fitzgerald,
                 8405 Greensboro Drive, Suite 100,    McLean, VA 22102-5106
cr             +Treasurer of Arlington County,    Counsel to the Treasurer,    2100 Clarendon Blvd, Room 217,
                 Arlington, VA 22201-5405
cr             +c/o James R. Schroll Split Timber Holdings, LP,    Bean, Kinney & Korman, PC,
                 2300 Wilson Blvd.,,    7th Floor,    Arlington, VA 22201-5424
9410044        +Arlington County Treasurer,    2100 Clarendon Blvd. #217,    Arlington, VA 22201-5445
9335567         Arlington County Treasurer,    PO Box 1780,    Merrifield, VA 22116-1780
9335568         Branch Banking & Trust Co.,    c/o Michael Fodel,    11 Broken Land Parkway,    Suite 100,
                 Columbia, MD 21044
9584873        +Branch Banking and Trust Company,    c/o Michael J. Lichtenstein, Esquire,
                 Shulman Rogers Gandal Pordy & Ecker, PA,    12505 Park Potomac Avenue, Sixth Floor,
                 Potomac, Maryland 20854-6801
9400587         Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
9335569        +Chase Visa,    Card Member Services,    PO Box 15153,    Wilmington, DE 19886-5153
10870813       +City of Alexandria, Virginia,    Revenue Division,    PO Box 178,    Alexandria, VA 22313-1500,
                 Attn: Cassandra E. Lewis-Harris
9805444        +Colombo Bank,    c/o Robert E. Greenberg, Esq.,    Friedlander Misler, PLLC,
                 1101 17th Street, NW,    Suite 700,    Washington, DC 20036-4741
9554977        +Desiderio Camacuari,    4614 Deming Avenue,    Alexandria, VA 22312-1517
9335571        +Eagle Bank,    7815 Woodmont Avenue,    Bethesda, MD 20814-3007
9457372        +Eaglebank,    c/o Bryn Sherman, Esq.,    4800 Montgomery Lane,    Suite 900,
                 Bethesda, MD 20814-3465
9335574        +John D. Clayborne, INc.,    100 West Jefferson Street,    Falls Church, VA 22046-3400
9335575         National City Mortgage,    PO Box 5570,    Cleveland, OH 44101-0570
9335576         National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
9335577        +Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
9608152        +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
9385947        +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
11284662       +Promenade Towers Mutual Housing Corp.,    c/o James N. Markels, Esq.,    Jackson & Campbell, P.C.,
                 1120 20th Street, NW, South Tower,    Washington, D.C 20036-3406
10093740       +Riggs Counselman Michaels and Downes,    Kazlow & Fields LLC,    8100 Sandpiper Circle, Suite 204,
                 Baltimore, MD 21236-4999
9335580        +Sam LeBauer,    c/o Jeffrey M. Davis, Esq.,    Higgins Benjamin et al.,
                 101 W. Friendly Ave., Suite 500,    Greensboro, NC 27401-2521
9555187        +Samuel M. LeBauer,    c/o Robert M. Marino, Esq.,    Redmon Peyton & Braswell, LLP,
                 510 King Street, Suite 301,    Alexandria, VA 22314-3184
9335578        +Silver, Freedman & Taff, LLP,    Attn: Sidney J. Silver, Esq.,    3299 K Street, NW,    Suite 100,
                 Washington, DC 20007-4444
9335579        +Split Timber Holdings, LP,    c/o James R. Schroll, Esq.,    Bean, Kinney & Korman, PC,
                 2300 Wilson Blvd., 7th Floor,    Arlington, VA 22201-5424
9594007        +Split Timber Holdings, LP,    c/o James R. Schroll, Esquire,    Bean, Kinney & Korman, PC,
                 2300 Wilson Blvd., 7th Floor,    Arlington, VA 22201-5424
9335570        +Sysco Foods,    8000 Dorsey Run Road,    Jessup, MD 20794-9482
9391460        +The Bank of New York Mellon Trust Company, N.A. f/,    GMAC MORTGAGE, LLC.,
                 1100 VIRGINIA DRIVE,    PO BOX 8300,    FORT WASHINGTON, PA 19034-8300
9402903        +Travelers Casualty and Surety Company of America,    Watt, Tieder, Hoffar & Fitzgerald, LLP,
                 8405 Greensboro Drive, Suite 100,    McLean, VA 22102-5106,
                 Att: Christopher M. Anzidei, Esq., Couns
9335581        +Travelers Insurance Co.,    One Tower Square,    Hartford, CT 06183-0002
9335582       ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia Bank,     PO Box 96074,    Charlotte, NC 28296-0074)
9401922         Wachovia Bank, N. A.,    P.O. Box 13765-R4057-01P,    Roanoke, Va. 24037-3765
9335583        +World Alliance Financial,    3 Huntington Quadrangle,    Suite 303 N,    Melville, NY 11747-4610
```

```
District/off: 0422-9          User: shepherda           Page 2 of 3            Date Rcvd: Dec 22, 2015
                              Form ID: VAN22UST         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2015 02:03:36
                 Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
10112998        +E-mail/Text: bkr@taxva.com Dec 23 2015 02:07:06      COMMONWEALTH OF VIRGINIA,
                 DEPARTMENT OF TAXATION,    PO BOX 2156,    RICHMOND, VA 23218-2156
9530600         +E-mail/Text: mrdiscen@discover.com Dec 23 2015 02:05:50      Discover Bank/DFS Services LLC,
                 POB 3025,    New Albany Ohio 43054-3025
9335573          E-mail/Text: ally@ebn.phinsolutions.com Dec 23 2015 02:05:49      GMAC,
                 Payment Processing Center,    PO Box 660208,    Dallas, TX 75266-0208
9819240          E-mail/Text: cio.bncmail@irs.gov Dec 23 2015 02:06:05      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
9412658          E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2015 02:04:32
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Christine Hindin
cr               Desiderio Camacuari
cr               Eagle Bank
cr               PNC Bank, N.A., successor in interest to National
cr               PNC Bank, National Association sbm to National Cit
cr               PNC Mortgage, a Division of PNC Bank, N.A., succes
intp             Potomac CBR, LLC
cr               Promenade Towers
cr               Samuel LeBauer
cr               United States of America (IRS)
9494245          Christine Hindin
9335572*        +Eagle Bank,    7815 Woodmont Avenue,    Bethesda, MD 20814-3007
9748983*        +Travelers Casualty & Surety Company of America,    Watt, Tieder, Hoffar & Fitzgerald, LLP,
                  8405 Greensboro Drive, Suite 100,    McLean, VA 22102-5106,
                  Att:  Christopher M Anzidei, Esq., Couns
9401923*         Wachovia Bank, N. A.,    P.O. Box 13765-R4057-01P,    Roanoke, Va. 24037-3765
aty             ##+Cooter, Mangold, Deckelbaum & Karas, LLP,    5301 Wisconsin Avenue, NW,    Suite 500,
                 Washington, DC 20015-2015
cr              ##+Colombo Bank,    Friedlander Misler, PLLC,    c/o Frances C. Wilburn, Esq.,
                 1101 17th Streeet, NW,    Suite 700,    Washington, DC 20036-4741
                                                                                   TOTALS: 11, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2015 at the address(es) listed below:
```
              Bradley David Jones    on behalf of U.S. Trustee Judy A. Robbins, 11 bradley.d.jones@usdoj.gov
              Brian Andrew Tucci    on behalf of Debtor Richard J. Hindin btucci@briantuccilaw.com
              Christina Claire Zechman Brown    on behalf of Attorney    City of Alexandria
               Christina.Brown@alexandriava.gov
```

```
District/off: 0422-9          User: shepherda             Page 3 of 3              Date Rcvd: Dec 22, 2015
                              Form ID: VAN22UST           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Christopher Michael Anzidei    on behalf of Creditor    Travelers Casualty and Surety Company of America ChrisAnzidei@AnzideiLaw.com
         Eric David White    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, N.A., successor by merger to National CIty Mortgage, a Division of National City Bank ewhite@siwpc.com, mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
         Eric David White    on behalf of Creditor    PNC Bank, National Association sbm to National City Real Estate Services, LLC ewhite@siwpc.com, mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
         Frank J. Bove    on behalf of U.S. Trustee Judy A. Robbins, 11 fjboveesq@gmail.com
         James Nelson Markels    on behalf of Creditor    Promenade Towers jmarkels@jackscamp.com, pminett@jackscamp.com
         James R. Meizanis    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A., as successor-in-interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Ad VABecf@logs.com
         James R. Schroll    on behalf of Creditor c/o James R. Schroll    Split Timber Holdings, LP jschroll@beankinney.com, ncoton@beankinney.com
         Janet M. Meiburger, Esq.    on behalf of Creditor Desiderio    Camacuari admin@meiburgerlaw.com
         John B. Raftery    on behalf of Creditor    Eagle Bank jraftery@offitkurman.com
         Joseph A. Guzinski    on behalf of U.S. Trustee Judy A. Robbins, 11 joseph.a.guzinski@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov
         Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
         Kimberly Brooke Lane    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, N.A., successor by merger to National CIty Mortgage, a Division of National City Bank klane@siwpc.com, ewhite@siwpc.com;mfreeman@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;
         Madeline A. Trainor    on behalf of Creditor Christine    Hindin mtrainor@rpb-law.com, pdarrough@rpb-law.com
         Matthew Marc Moore    on behalf of Creditor    Branch Banking & Trust Company mmoore@srgpe.com
         Melissa M. Watson Goode    on behalf of Creditor    PNC Bank, N.A., successor in interest to National City Bank pjmecf@glasserlaw.com, mgoode@glasserlaw.com
         Michael Todd Freeman    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, N.A., successor by merger to National CIty Mortgage, a Division of National City Bank mfreeman@siwpc.com, ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
         Michael Tully Driscoll    on behalf of U.S. Trustee Judy A. Robbins, 11 michael.driscoll@usdoj.gov
         Robert K. Coulter    on behalf of Creditor    United States of America (IRS) robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
         Robert M. Marino    on behalf of Creditor Samuel    LeBauer rmmarino@rpb-law.com, rmmarino1@aol.com
         Robert M. Marino    on behalf of Plaintiff Samuel M. LeBauer rmmarino@rpb-law.com, rmmarino1@aol.com
         Robert M. Marino    on behalf of Interested Party    Potomac CBR, LLC rmmarino@rpb-law.com, rmmarino1@aol.com
         Ronald W. Stern    on behalf of Movant    Guca Enterprises,LLC ronsterndocuments@gmail.com, ronsternedvamail@gmail.com
         Stephen W. Nichols    on behalf of Debtor Richard J. Hindin snichols@offitkurman.com
         Stephen W. Nichols    on behalf of Attorney    Cooter, Mangold, Deckelbaum & Karas, LLP snichols@offitkurman.com
         Stephen W. Nichols    on behalf of Defendant Richard J. Hindin snichols@offitkurman.com
         Thomas Francis Murphy    on behalf of Creditor    Colombo Bank tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com

         TOTAL: 29