## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICHARD J. HINDIN | ) | Case No. 09-19741-BFK |
| | ) | (Chapter 11) |
| Reorganized Debtor | ) | |

### ORDER APPROVING SUBSTITUTION OF COUNSEL

This matter comes before the Court on the request by the reorganized Debtor to substitute counsel (Docket No. 292). Upon consideration of that request, it is, by the Court

ORDERED:   That the appearance of Stephen W. Nichols as counsel for the reorganized Debtor is hereby withdrawn, and it is further

ORDERED:   That the appearances of Brian A. Tucci as local counsel and David E. Lynn, previously admitted *pro hac vice* in this proceeding, are entered as counsel for the reorganized Debtor.

Dated: Jul 8 2016

/s/ Brian F. Kenney

Brian F. Kenney, Judge
United States Bankruptcy Court
for the Eastern District of Virginia

Entered on Docket Jul 11 2016

We ask for this:

_Stephen W. Nichols_
Stephen W. Nichols - VSB #32443
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, MD 20814
240-507-1700
snichols@offitkurman.com
*Withdrawing attorney for the Reorganized Debtor*

_/s/ Brian A. Tucci_
Brian A. Tucci - VSB 79761
7979 Old Georgetown Road, Suite 750
Bethesda, MD 20814
(301) 718-1892
btucci@gorentuccilaw.com
*Local counsel for the Reorganized Debtor*

   /s/ David E. Lynn
David E. Lynn, *pro hac vice*
15245 Shady Grove Road, Suite 465 N
Rockville, MD 20850
(301) 255-0100
*davidlynn@verizon.net*
*Lead bankruptcy counsel for the Reorganized Debtor*

Local Rule 9022-1.C Certification

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1.C.

   /s/ Brian A. Tucci
Brian A. Tucci

Parties to receive copies:

| | |
|---|---|
| Brian A. Tucci, Esq. | David E. Lynn, Esq. |
| 7979 Old Georgetown Road, Suite 750 | 15245 Shady Grove Road, Suite 465 N |
| Bethesda, MD 20814 | Rockville, MD 20850 |

Stephen W. Nichols - VSB #32443
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, MD 20814